IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSS DRESS FOR LESS, INC. | : | CIVIL ACTION |
| v. | : | No. 12-131 |
| VIWY, L.P., et al. | : | |

**ORDER**

AND NOW, this 19th day of September, 2017, upon consideration of Plaintiff Ross Dress for Less, Inc.'s Motion to Conform Arbitration Award and Defendant VIWY L.P.'s response thereto, it is ORDERED the Motion (Document 36) is GRANTED.

It is further ORDERED Defendant's Motion to Vacate the Arbitration Award (Document 43) is DENIED.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.